IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | INDICTMENT 1:14-CR-008 |
| | : | |
| CURTIS JONES, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT JONES' PROPOSED VOIR DIRE QUESTIONS

Defendant Jones submits the attached proposed voir dire questions for the prospective jurors to be examined in this case pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure.

This 28th day of April, 2015.

                                                    Respectfully submitted,

                                                    */s/ Steven H. Sadow*
                                                    STEVEN H. SADOW
                                                    Counsel for Defendant
                                                    Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
(404) 577-1400

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW

# QUESTIONS TO BE POSED INDIVIDUALLY TO EACH PROSPECTIVE JUROR

## Juror Background Questions

1. Please provide your name and age.

2. Where do you live (neighborhood will suffice)?

    a. How long have you lived there?

    b. Do you own or rent?

3. If you have not lived at your current residence for at least five years, where else have you lived in the last five years (neighborhood is enough)?

    a. For each —

        i. How long did you live there?

        ii. Did you own or rent?

4. Are you currently employed?

    a. If yes, where do you work?

    b. How long have you worked there?

    c. What do you do at your place of work?

    d. Do you have hiring/firing authority?

5. If the same employer has not employed you for the past five years, where else have you worked during that period of time?

    a. For each -

        i. Where did you work?

      ii. How long did you work there?

      iii. What did you do at that place of work?

      iv. Did you have hiring/firing authority?

6. If retired or currently unemployed: What was your previous employment?

    a. How long did you work there?

    b. What did you do at that place of work?

    c. Did you have hiring/firing authority?

7. If a homemaker: Have you ever been employed outside of the home?

    a. If so, please describe the nature of that employment.

    b. How long did you work there?

    c. What did you do at that place of work?

    d. Did you have hiring/firing authority?

8. What is your educational background?

9. If you attended college, please name the school.  What was your major?

10. Do you have a post-graduate degree?  If so, in what field?

11. What is your marital status?

12. If married or have a domestic partner:

    a. Does your spouse/partner work?  If so, where and what does your spouse/partner do at work?

    b. If your spouse/partner currently is retired or unemployed, what

        was his or her previous employment?

    c. If your spouse/partner is a homemaker, has he or she ever been employed outside of the home?  If so, in what capacity?

13. Please state the number of children or step-children that you have, if any?

    a. If you have children or step-children, please provide —

        i. Their ages?

        ii. Their marital status and location(s) of their residence (neighborhood will suffice)?

        iii. If employed, the name of their employer and the type of work they perform?

14. Have you or an immediate family member ever served in the military?

    a. If so—

        i. What were your/their dates of service?

        ii. What duties were performed while in the military?

        iii. What was the highest rank held?

        iv. What type of discharge was received?

15. Do you belong to any social or professional organizations?

    a. If so—

        i. Please name them.

      ii.    Do you hold any office, title, or paid position within those organizations?

16. Have you ever been actively involved in politics? If so, national, state or local politics?

17. What news or media sources or online blogs do you follow?

18. If there are bumper stickers on any of the vehicles in your household, what do they say?

## QUESTIONS TO BE POSED TO THE PANEL AS A WHOLE

### Knowledge of Persons Involved in/Connected to this Case

19. Does anyone know or has anyone heard of the defendant Curtis Jones, Jr.?

20. Does anyone know or have any familiarity with defense counsel Steve Sadow or his assistant Cheryl Peake?

21. Does anyone know or have any familiarity with the government prosecutor Skye Davis?

    a. Does anyone know John Horn, the Acting United States Attorney and chief prosecutor for this District?

    b. Does anyone know any other attorney with or employee of the United States Attorney's Office for the Northern District of Georgia?

22. Law Enforcement - Seated at counsel table with government counsel is _____. Does anyone know these agent(s)?

23. Witnesses - The government may call the following individuals to testify:

    [TO BE SUPPLIED]

    Does anyone know any of those named persons?

24. Is anyone acquainted with any other potential juror who has reported for jury service here today?

## Experience with Drugs and Drug-related Issues

25. In this case, the government alleges that defendant possessed with intent to distribute, distributed, and conspired to possess with intent to distribute and to distribute cocaine. Has any member of the panel or a close friend or relative ever been involved in an incident involving illegal drugs (which includes marijuana)?

26. Is there any member of the panel who knows someone who currently uses illegal drugs?

27. Has any member of the panel or a close friend or relative ever used illegal drugs?

28. Has any member of the panel or a close friend or relative ever received treatment for drug dependency?

29. Has any member of the panel or a close friend or relative ever worked in any program providing counseling services to persons suffering from drug dependency?

**Informants and Cooperators**

30. Does anyone have a problem with the government's use of informants or cooperating individuals in criminal investigations?

31. This case may involve testimony from persons who are cooperating with law enforcement in order to help themselves avoid criminal charges, prison, or other kinds of punishment or sanctions.

    a. Does any member of the panel object to the government's presenting the testimony of such witnesses?

    a. Would any member of the panel tend to believe or disbelieve the testimony of a witness solely because he or she has agreed to cooperate with the government?

**Prior Jury Service**

32. Has any member of the panel ever served on a grand jury? If so, please provide details.

33. Has any member of the panel ever served on a trial jury?

    a. Was it a civil or criminal case?

    b. Where and when did you serve?

    b. Were you the foreperson?

    c. Did the jury on which you served reach a verdict?

## Prior Exposure to Crime

34. Has any member of the panel or a close friend or relative ever been the victim of a crime?

   a. If so, please describe the nature of the crime and when it occurred.

   b. Was any one arrested and/or prosecuted for the offense?

   c. Was the person convicted?

   d. Did you, your close friend, or relative appear as a witness in the case?

   e. Do you feel that you, your close friend, or relative were treated fairly?

   f. Do you believe the crime was drug-related?

   g. Would that experience in any way affect your ability to be a fair and impartial juror in this case?

35. Has any member of the panel or a close friend or relative ever been arrested, charged, or convicted of a criminal offense, other than for a minor traffic violation?

   a. If so, please describe the nature of the offense.

   b. About when did it occur?

   c. How, if at all, was the matter resolved?

   d. Do you feel that you, your close friend, or relative were treated fairly?

    e.    Would that experience in any way affect your ability to be a fair and impartial juror in this case?

### Prior Exposure to the Courts

36. Excluding what already has been described about prior jury service and prior involvement with criminal related matters, has any member of the panel or a close friend or relative ever been involved in any civil, administrative, or court proceeding — a lawsuit or some other type of dispute of any kind, including as a party or witness?

    a.    If so, please describe.

    b.    Who was involved in the lawsuit or dispute?

    c.    Please state the nature of the lawsuit or dispute.

    d.    Did you have to testify as a witness in any court or administrative proceeding?

    e.    Would that experience in any way affect your ability to be a fair and impartial juror in this case?

37. Has any member of the panel or a close friend or relative ever had an unpleasant experience in court or involving lawyers?

### Prior Experience with Law Enforcement Authorities

38. Would you tend to believe or disbelieve the testimony of a law enforcement officer merely based on his or her status?

39. Has any member of the panel or a close friend or relative had an unpleasant experience with any law enforcement officer?

40. Has any member of the panel or a close friend or relative had an unpleasant experience with any law enforcement agency?

41. Does anyone believe that they or a close friend or relative has ever been falsely accused of a crime in the past? If so, please explain.

### Prior Litigation against a Government Entity

42. Has any member of the panel or a close friend or relative ever been a party to a lawsuit or other proceeding involving either an agency of the United States or a state or local agency?

    a. If so, please describe.

    b. Was the matter resolved to your satisfaction?

### Training and Professional Exposure to the Law

43. Has any member of panel or a close friend or relative ever received any legal training, practiced law, or worked in an attorney's office? If so—

    i. Please identify the person who received the training and describe the nature of the training received.

    ii. What type of law does/did the person practice and by whom is he or she employed?

44. Has any member of the panel or a close friend or relative ever been

       employed by the United States Department of Justice or any other federal agency?

       a.    If so, please describe the nature of that service.

       b.    If the employment relates to a close friend or relative, please specify your relationship with that person and the nature of his or her service.

45.    Has any member of the panel or a close friend or relative ever been employed in the criminal justice system, including as a law enforcement officer, as a corrections officer, or at a prosecutor's office?

       a.    If so, please describe the nature of that service.

       b.    If the employment relates to a close friend or relative, please specify your relationship with that person and the nature of his or her service.

### Experience with Incarcerated Persons

46.    Has anyone ever visited a jail or prison, whether to visit someone incarcerated, to bail someone out of jail, as part of a prison outreach program, or for any other reason?

### Miscellany

47.    During this trial, you may hear conversations that were secretly recorded

      by the government. Does any member of the panel object to law enforcement secretly recording conversations?

48. Does anyone watch television programs where law enforcement or the legal profession is the primary theme (such as CSI, Law and Order, etc.)?

    a. If so, which programs?

    a. How often do you watch those programs?

49. Has anyone ever called in to a radio or TV talk show or posted a comment online to express your opinion, thought or feeling on a matter involving criminal justice, law, crime, court, verdict or defendant? If so, please describe?

50. Does anyone have an online blog? If so, what is the subject matter?

51. Does anyone regularly post his or her opinion/comment on Facebook or Twitter? If so, please describe.

52. Does anyone have any problems with their hearing or sight or any other physical or medical problems that might affect their ability to sit as a juror in this case and to devote their full attention to this trial?

**Ability to Follow the Court's Instructions**

53. At the close of the case, the Court will instruct you on the law that you must apply to the facts of this case. Is there anyone who would be unwilling or unable to follow the Judge's instructions on the law?

54. Does anyone feel that they would hesitate to follow the Judge's instructions if those instructions conflicted with their personal beliefs or principles?

55. Does anyone have any beliefs or principles, from whatever source, that would make them reluctant to serve on a criminal jury?

56. Does anyone have any beliefs or principles that would make it difficult or impossible for them to judge a fellow citizen?

57. Does anyone have any beliefs or principles that would cause them to refuse to vote for convicting a person, even though they felt the evidence proved that person was guilty beyond a reasonable doubt?