IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | INDICTMENT 1:14-CR-008-CAP-JSA |
| | : | |
| CURTIS JONES, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT JONES' FIRST REQUESTS TO CHARGE**

The defendant requests the Court use the following 11th Circuit Pattern Jury Instructions in Criminal Cases in its charge to the jury:

Basic Instructions - 6.2

Special Instructions - 1.1; 1.2; 1.3; 2.1; 3

Offense Instructions - 98; 100

This 28th day of April, 2015.

                                                 Respectfully submitted,

                                                 */s/ Steven H. Sadow*
                                                 STEVEN H. SADOW
                                                 Counsel for Defendant
                                                 Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
(404) 577-1400

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW